**Fill in this information to identify the case:**

Debtor 1      Phillip Edward Bozymowski

Debtor 2      Shawna Elizabeth Bozymowski
(Spouse, if filing)

United States Bankruptcy Court for the:  Eastern District of Michigan

Case number   16-47857-mar

Official Form 410S1

# Notice of Mortgage Payment Change                          12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Mortgage Center LLC

**Court claim no.** (if known): 9

**Last 4 digits** of any number you use to identify the debtor's account:  9 5 8 3

**Date of payment change:**
Must be at least 21 days after date of this notice      05/01/2018

**New total payment:**      $ 630.79
Principal, interest, and escrow, if any

P&I $358.93 + Escrow $267.96 + Shortage $3.90 = $630.79

### Part 1:   Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 272.12           New escrow payment: $ 271.86

### Part 2:   Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%            New interest rate: _____%

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

### Part 3:   Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____            New mortgage payment: $ _____

Official Form 410S1              Notice of Mortgage Payment Change              page 1

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ __/s/ Geoffrey J. Peters__    Date __03/22/2018__
Signature

Print: __Geoffrey J. Peters (OH 0063502)__    Title __Attorney for Creditor__
       First Name   Middle Name   Last Name

Company __Weltman, Weinberg & Reis, Co., L.P.A.__

Address __3705 Marlane Drive__
        Number       Street

__Grove City__                __OH__    __43123__
City                          State     ZIP Code

Contact phone __614-883-0678__    Email __gpeters@weltman.com__

Mortgage Center  
29621 Northwestern Hwy  
Southfield MI 48034  
(800)353-4449

Loan Number   
Due Date        04/01/18

Property Address:  
2503 9TH ST  
WYANDOTTE MI 48192-0000

PHILLIP  BOZYMOWSKI  
2503 9TH ST  
WYANDOTTE MI 48192

---

### Account History for 05/17 Through 04/18

| Month | Projected T&I Pmt | Actual T&I Pmt | Projected T&I Disb | Actual T&I Disb | Disb Desc | Projected T&I Balance | Actual T&I Balance |
|---|---|---|---|---|---|---|---|
| Starting T&I Balance...... | | | | | | 1,705.07 | 838.93 |
| May | 270.46 | 282.06 * | 0.00 | 0.00 | | 1,975.53 | 1,120.99 |
| June | 270.46 | 282.06 * | 0.00 | 0.00 | | 2,245.99 | 1,403.05 |
| July | 270.46 | 554.18 * | 0.00 | 0.00 | | 2,516.45 | 1,957.23 |
| August | 270.46 | 272.12 * | 0.00 | 0.00 | | 2,786.91 | 2,229.35 |
| | 0.00 | 0.00 | 0.00 | 2,627.85 * | Taxes (1st Parcel) | 2,786.91 | -398.50 ** |
| September | 270.46 | 544.24 * | 2,516.45 | 0.00 * | Taxes (1st Parcel) | 540.92 | 145.74 |
| October | 270.46 | 544.24 * | 0.00 | 0.00 | | 811.38 | 689.98 |
| November | 270.46 | 0.00 * | 0.00 | 0.00 | | 1,081.84 | 689.98 |
| December | 270.46 | 1,088.48 * | 729.06 | 587.62 * | Taxes (1st Parcel) | 623.24 | 1,190.84 |
| January | 270.46 | 272.12 * | 0.00 | 0.00 | | 893.70 | 1,462.96 |
| February | 270.46 | 0.00 * | 0.00 | 0.00 | | 1,164.16 | 1,462.96 |
| March | 270.46 | 42.07 * | 0.00 | 0.00 | | 1,434.62 | 1,505.03 |
| April | 270.46 | 272.12 * E | 0.00 | 0.00 | | 1,705.08 | 1,777.15 |
| Totals...... | 3,245.52 | 4,153.69 | 3,245.51 | 3,215.47 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  An "E" indicates estimates for future payments or disbursements.

Your mortgage payment, as of the last T&I Account Disclosure Statement, was 631.05.  The breakdown was as follows: 358.93 Principal and Interest, 272.12 T&I, 0.00 Miscellaneous Insurance, 0.00 Subsidy.

Last year, we anticipated that disbursements from your T&I  account would be made during this period equalling 3,245.51.  Under RESPA, your low monthly T&I balance should not have exceeded 540.92, or 1/6 of anticipated disbursements.  Under your mortgage contract, your low monthly T&I balance should not have exceeded 540.92.  Under your servicers selected low point, your low monthly T&I balance should not have exceeded 540.92.  The low balance was -398.50**.

Review the difference in the activity that we projected to occur against the actual history.  Possibilities for not reaching the low balance may include:
1. A tax bill, insurance bill, or other T&I item was paid at a lower amount than projected, or was paid later than projected.
2. A surplus from a prior year was not eliminated.
3. Unscheduled deposits were made to the T&I account.
4. Unscheduled disbursements were made from the T&I account.

For further explanation, please call Loan Administration Department.

Mortgage Center  
29621 Northwestern Hwy  
Southfield MI 48034  
(800)353-4449  

Loan Number   
Due Date        04/01/18  

Property Address:  
2503 9TH ST  
WYANDOTTE MI 48192-0000  

PHILLIP  BOZYMOWSKI  
2503 9TH ST  
WYANDOTTE MI 48192  

---

### Account Projection Detail for 05/18 Through 04/19

| Month | Projected T&I Pmt | Projected T&I Disb | Disb Desc | Current Bal Projection | Required Bal Projection |
|---|---|---|---|---|---|
| Starting T&I Balance...... | | | | 1,777.15 | 1,823.97 |
| May | 267.96 | 0.00 | | 2,045.11 | 2,091.93 |
| June | 267.96 | 0.00 | | 2,313.07 | 2,359.89 |
| July | 267.96 | 0.00 | | 2,581.03 | 2,627.85 |
| August | 267.96 | 0.00 | | 2,848.99 | 2,895.81 |
| September | 267.96 | 2,627.85 | Taxes (1st Parcel) | 489.10 | 535.92  ** |
| October | 267.96 | 0.00 | | 757.06 | 803.88 |
| November | 267.96 | 0.00 | | 1,025.02 | 1,071.84 |
| December | 267.96 | 587.62 | Taxes (1st Parcel) | 705.36 | 752.18 |
| January | 267.96 | 0.00 | | 973.32 | 1,020.14 |
| February | 267.96 | 0.00 | | 1,241.28 | 1,288.10 |
| March | 267.96 | 0.00 | | 1,509.24 | 1,556.06 |
| April | 267.96 | 0.00 | | 1,777.20 | 1,824.02 |
| Totals...... | 3,215.52 | 3,215.47 | | | |

Tax and Insurance Account Disclosure Statement          March 15, 2018

Loan Number    ▮
Due Date       04/01/18

Account Projection Summary for 05/18 Through 04/19

| | | | | |
|---|---|---|---|---|
| Projected T&I Payment: | 267.96 ( 12 payments ) | | | |
| Current Balance Projected Low Point: | | 489.10 | New Payment Information: | |
| Less the lowest of the following: | | | Current P&I Payment: | 358.93 |
|    RESPA Allowed Low Point: | 535.92 | | T&I Payment: | 267.96 |
|    Mtg Document Allowed Low Point: | 535.92 | | 1/12 of Shortage: | 3.90 |
|    Low Point Selected By Servicer: | 535.92 | 535.92 | | |
| Net Balance: | | 46.82 | | |
| Resulting Shortage: | | 46.82 | | |
| T&I Balance: | | 1,777.15 | | |
| Plus Shortage: | | 46.82 | | |
| | | | New Payment Effective:  05/01/18 | 630.79 |

Required Beginning Balance Projection to
Ensure Low Point (incl reserves) of:    535.92 **     1,823.97

You have a shortage of 46.82.  This shortage may be collected from you over a period of 12 months or more unless the shortage is less than one month's deposit, in which case we have the additional option of requesting payment within 30 days.  WE HAVE DECIDED TO COLLECT IT OVER 12 MONTHS.

An "F" indicates a reserve amount held in the account for a future year disbursement.

Reserves held for items yet to be paid are needed in your escrow account to pay for tax and/or insurance items that were due to be paid prior to the T&I computation period, as indicated.

For further explanation, please call Loan Administration Department.

Keep this statement for comparison with the actual activity in your account at the end of the next escrow accounting computation year.

WWR# 021244664

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In Re: Phillip Edward Bozymowski
Shawna Elizabeth Bozymowski

Debtors,

Case No. 16-47857-mar
Chapter 13
Hon. Mark A. Randon

_____/

WELTMAN, WEINBERG & REIS CO., L.P.A
By: Geoffrey J. Peters (OH 0063502)
Attorneys for Creditor
Mortgage Center LLC
3705 Marlane Drive
Grove City, OH 43123
614-883-0678
gpeters@weltman.com

Marguerite Hammerschmidt
Attorney for Debtors
26676 Woodward Ave.
Royal Oak, MI 48067
(248) 988-8335

_____/

**CERTIFICATE OF SERVICE**

I hereby do certify that a true and correct copy of the Creditor's Notice of Mortgage Payment Change was sent to the following:

Marguerite Hammerschmidt, Attorney for Debtors

Krispen S. Carroll, Chapter 13 Trustee

on the __5th__ day of April, 2018 by ECF/CM electronic notification.

Phillip Edward Bozymowski
Shawna Elizabeth Bozymowski, Debtors
2503 9th
Wyandotte, MI 48192

on the __5th__ day of April , 2018 by U.S. First Class Mail.

                                        /s/ Jennie Adragna
                                        Jennie Adragna, Legal Assistant
                                        Weltman, Weinberg & Reis Co., L.P.A.